UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Mark Mariano**

    **v.**                          Case No. 05-cv-25-PB

**Warden, NH State Prison**

**NOTICE OF RULING**

    **Re:  Document No. 27, Motion to Reconsider**

    **Ruling:**  Mariano asks me to reconsider my prior order declining his request for an extension of time in which to file a notice of appeal.  Having reviewed the record, I agree that the motion for extension was timely and that Mariano's failure to file a timely notice was due to excusable neglect.  The time for filing a new notice of appeal is extended until April 9, 2006.

Entered by:  Paul Barbadoro, District Judge

Date:  March 9, 2006

cc:  Mark Mariano, pro se